FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
## CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Edward I. Salti

**BANKRUPTCY NO.** 8:10–bk–25887–RK

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–3464
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 1/14/11

**Address:**
18321 Avolinda Dr.
Yorba Linda, CA 92886

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: January 14, 2011

BY THE COURT,
**Robert N. Kwan**
United States Bankruptcy Judge